1

2

3

4

5

6

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

7

\* \* \*

8

9

JOHN PRIDGEN,

Case No. 2:12-cv-01355-APG-VCF

Plaintiff,

10

**ORDER DISMISSING CASE**

v.

11

JANE DOES et al.,

12

Defendants.

13

14

15

On August 17, 2012, Magistrate Judge Ferenbach entered his Order and Report and Recommendation recommending that Plaintiff be permitted to file an amended complaint. [Dkt. #2.]  On April 22, 2013, this Court adopted Judge Ferenbach's Report and Recommendation, dismissed Plaintiff's complaint without prejudice, and permitted Plaintiff to file an amended complaint. [Dkt. #7.]  Plaintiff was put on notice that if that he did not file an amended complaint within 33 days of entry of that Order, the case would be dismissed with prejudice. [*Id.*]  Moreover, on October 17, 2013, Plaintiff was warned that his Complaint would be dismissed if he did not, by November 16, 2013, file proof of service of the Complaint or show good cause why service was not made. [Dkt. #11.]  To date, Plaintiff has not filed an amended complaint, nor has he filed proof of service.

16

17

18

19

20

21

22

23

24

On November 7, 2013, Plaintiff filed a motion to extend time. [Dkt. #12.]  That "bare bones" motion offers insufficient reason to extend the time for filing an amended complaint or proof of service.  Accordingly, that motion is denied and Plaintiff's Complaint will be dismissed with prejudice.

25

26

27

28

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Extend Time [Dkt. #12] is hereby DENIED.

**IT IS FURTHER ORDERED** that Plaintiff's Complaint is DISMISSED with prejudice. The Clerk of the Court shall close this file and accept no further filings in it.

Dated:   December 16, 2013.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

2